Name: Todd M. Friedman
Address: 21550 Oxnard St. Suite 780
City, State, Zip: Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
E-Mail: tfriedman@toddflaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOTSON, individually and on behalf of other members of the general public similarly situated<br>PLAINTIFF(S),<br>v.<br>EURO PHARMA, INC. d/b/a TERRY NATURALLY,<br>DEFENDANT(S). | CASE NUMBER:<br>2:20-cv-09651-AB-AGR<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Michael Dotson_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

## Civil Matter

☒ Order (specify): Order Granting Defendant's Motion to Dismiss Document No. 36

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on July 22, 2021.

A copy of said judgment or order is attached hereto.

August 6, 2021                                 /s/ Todd M. Friedman
Date                                           Signature

☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).