| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 22 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MICHAEL DOTSON, individually, and on behalf of other members of the general public similarly situated,

        Plaintiff-Appellant,

 v.

EURO PHARMA, INC., DBA Terry Naturally,

        Defendant-Appellee.

No.   21-55868

D.C. No. 2:20-cv-09651-AB-AGR
Central District of California, Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                        FOR THE COURT:

                        By: Steven J. Saltiel
                        Circuit Mediator

Mediation